Liliuokalani H. Martin, Esq. (SBN 292778)
lili@downtownlalaw.com
Mae-Elaine Q. Delos Santos, Esq. (SBN 277122)
mae@downtownlalaw.com
DOWNTOWN L.A. LAW GROUP
612 S. Broadway
Los Angeles, California 90014
Tel: (213) 389-3765
Fax: (877) 389-2775

Attorneys for Plaintiff
NANCY BERUMEN

Jennifer N. Lutz, Esq. (SBN 190460)
jlutz@pettitkohn.com
Christine Y. Clark, Esq. (SBN 297496)
cyclark@pettitkohn.com
Pouch Liang, Esq. (SBN 354328)
pliang@pettitkohn.com
PETTIT KOHN INGRASSIA LUTZ & DOLIN
11622 El Camino Real, Suite 300
San Diego, CA 92130
Telephone: (858) 755-8500
Facsimile: (858) 755-8504

Attorneys for Defendant
WAL-MART ASSOCIATES, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANCY BERUMEN,<br><br>    Plaintiff,<br><br>    v.<br><br>WAL-MART ASSOCIATES, INC., a Delaware corporation, and DOES 1 through 20, inclusive,<br><br>    Defendants, | Case No: 5:24-cv-00704-JGB-SP<br><br>[Removed from San Bernardino County Superior Court Case No. CIVSB2401144]<br><br>**JOINT STIPULATION REQUESTING DISMISSAL WITH PREJUDICE** |

NOW COMES, Plaintiff NANCY BERUMEN ("Plaintiff") and Defendant WAL-MART ASSOCIATES, INC., ("Defendant") (collectively referred to as "the

Parties") who, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure hereby stipulate that the above-captioned action should be dismissed in its entirety with prejudice. Each party shall bear their own costs.

The Parties so stipulate on this 21st day of February 2025, through the undersigned counsel of record.

By: /s/ Mae-Elaine Q. Delos Santos
Liliuokalani Martin, Esq.
Lili@downtownlalaw.com
Mae-Elaine Q. Delos Santos
mae@downtownlalaw.com
612 S. Broadway
Los Angeles, CA 90014
(213)389-3765

Attorney for Plaintiff,
NANCY BERUMEN

By: /s/ Christine Clark
Jennifer N. Lutz, Esq.
jlutz@pettitkohn.com
Christine Y. Clark, Esq.
cyclark@pettitkohn.com
Pouch Liang, Esq.
pliang@pettitkohn.com
PETTIT KOHN INGRASSIA LUTZ & DOLIN
11622 El Camino Real, Suite 300
San Diego, CA 92130

Attorneys for Defendant,
WAL-MART ASSOCIATES, INC.

**CERTIFICATE OF SERVICE**
**Case No.: 5:24-Cv-00704-JGB-SP**

    I, Tianna Kim, filed this document via the CM/ECF system which will serve a copy on all counsel of record.

                              */s/ Tianna Kim*
                              Tianna Kim